944

No. 71–991.   OTTER TAIL POWER CO. v. UNITED STATES. Appeal from D. C. Minn.   Probable jurisdiction noted. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this matter.

No. 71–1133.   UPPER PECOS ASSN. v. PETERSON, SECRETARY OF COMMERCE, ET AL.   C. A. 10th Cir.   Certiorari granted.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 71–6278.   ALMEIDA-SANCHEZ v. UNITED STATES. C. A. 9th Cir.   Motion for leave to proceed in forma pauperis and certiorari granted.

No. 71–928.   BASKETT v. CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Los Angeles.   Certiorari denied.

No. 71–1141.   NEW YORK v. PENN CENTRAL TRANSPORTATION CO.; and

No. 71–1229.   NEW JERSEY v. PENN CENTRAL TRANSPORTATION CO.   C. A. 3d Cir.   Certiorari denied.   Reported below: 452 F. 2d 1107.

No. 71–1150.   PATENTS MANAGEMENT CORP. ET AL. v. TRUSTEES OF THE PENN CENTRAL TRANSPORTATION CO. C. A. 3d Cir.   Certiorari denied.

No. 71–1151.   WARREN v. UNITED STATES.   C. A 2d Cir.   Certiorari denied.

No. 71–1157.   SHEWFELT ET AL. v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.